**40th JUDICIAL DISTRICT COURT FOR ST. JOHN THE BAPTIST PARISH**

**STATE OF LOUISIANA**

DOCKET NO.: 75658                         DIV.: " C "

**QIANA COOK**

**VESUS**

**WALMART, INC. and ABC INSURANCE COMPANY**

Eliana DeFrancesch - Clerk of Court
FILED: Jul 08, 2020 9:00 AM

_____
DEPUTY CLERK

133909598

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes **QIANA COOK**, a person of the full age of majority and domiciled in the parish of St. John the Baptist State of Louisiana, who respectfully represents as follows:

1.

Made defendants herein are:

A. **WALMART, INC.**, who upon information and belief is a foreign corporation licensed to do and doing business in the Parish of St. John the Baptist, State of Louisiana and within the jurisdiction of this Honorable Court; and

B. **ABC INSURANCE COMPANY**, who upon information and belief is a foreign insurance company licensed to do and doing business in the Parish of St. John the Baptist, State of Louisiana.

2.

Defendants are jointly, severally, and *in solido* liable onto petitioner for the damages complained of herein for the following reasons, to wit:

3.

On or about July 11, 2019, petitioner was a patron in a Walmart store located on 1616 Airline Hwy LaPlace, Louisiana 70068.

**EXHIBIT A**

4.

Petitioner, Qiana Cook, was checking out at Lane # 8 when she completed her purchase, and in a careful and prudent manner, began to exit when suddenly, unexpectedly and without warning she was tripped by an uncommonly dangerous, liquid substance on the grocery store floor, which caused her to fall.

5.

The injuries and damages to the Plaintiff as set forth in this complaint were caused solely by and were the direct and proximate result of the negligence of the Defendant, Walmart, Inc., as stated in the following particulars:

(a) In allowing the excessive liquid substance to accumulate in the area where the Plaintiff was injured;

(b) In allowing the liquid substance to accumulate in an area where business invitees traverse;

(c) In failing to provide a safe place for the Plaintiff to traverse in the Defendant's grocery store;

(d) In failing to warn the Plaintiff that a dangerous condition existed and that the Defendant knew or should have known that such a dangerous condition existed;

(e) In failing to remove the liquid substance from its checkout lanes;

(f) In failing to mop up the liquid substance from the Defendant's checkout lanes in a timely manner;

(g) In failing to place safety cones or other warning devices around the accumulated liquid substance;

(h) In failing to warn Plaintiff that a dangerous condition existed in that Defendant knew or should have known that such condition caused an unreasonable risk of harm to the Plaintiff;

(i) In failing to adequately and properly maintain the checkout lanes in a safe condition for walking;

(j) In failing to place "wet floor" signs in the area where the Plaintiff was injured;

(k) In failing to inspect the area where the Plaintiff was injured prior to her injury;

(l) In failing to remedy, repair or correct the unsafe conditions existing on and surrounding the area;

(m) In failing to provide a safe alternative method of walking on and around the accumulated liquid substance in the Defendant's checkout lanes;

(n) In failing to act with the standard of care required of the Defendant to business invitees;

(o) In otherwise failing to use that caution and care required of the Defendant under the circumstances; and

(p) In violation of the applicable state and local laws, ordinances, and regulations,

all of which are pleaded herein and made a part hereof as if copied *in extenso*.

6.

That because of its negligence as enumerated in Paragraph 5 above, Defendant, Walmart, Inc., is liable unto Plaintiff, Qiana Cook, for her past, present and future mental and physical pain and suffering; past, present and future physical disability; past, present and future medical expenses, for an amount reasonable in the premises; for her impaired earning capacity; that the amount in controversy is more than $50,000.00, exclusive of interest and cost.

7.

That just demand has been made upon Defendant, Walmart, Inc., to no avail.

**WHEREFORE**, Plaintiff, Qiana Cook, respectfully prays that the Defendants, Walmart, Inc. and ABC Insurance Company, be served with a copy of this Petition and cited to appear and answer same and that, after all due proceedings had, there be judgment herein in favor of Plaintiff, Qiana Cook, and against Defendants, Walmart Stores, Inc. and ABC Insurance Company, jointly, severally, and *in solido*, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, all as provided for by law.

**[SIGNATURE AND SERVICE INSTRUCTIONS FOLLOWING]**

Respectfully Submitted:

_____
SYLVIA TAYLOR (#08245)
**ALICIA MCDOWELL (#36905)**
1126 W. Airline Hwy
LaPlace, LA 70068
Tel: (985) 359-9100
Fax: (985) 359-9101
E-mail: alicia@sylviatylorlaw.com
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**WALMART-STORES, INC.**
*through registered agent:*
**CT CORPORATION SYSTEM**
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816